DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNTS 1 & 2: |
| vs. | ) | |
| | ) | THEFT OF PUBLIC MONEY |
| MOSES ALFRED JOHN, | ) | OR PROPERTY |
| | ) | |
| Defendant. | ) | Vio. 18 U.S.C. § 641 |
| | ) | |
| | ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about the 15th day of June, 2004, in the District of Alaska, the defendant, MOSES ALFRED JOHN, knowingly did steal and purloin a Postal Money Order, of the value of $210.00, of the goods and property of the United States, in violation of 18 U.S.C. Section 641.

COUNT 2

On or about the 15th day of June, 2004, in the District of Alaska, the defendant, MOSES ALFRED JOHN, knowingly did steal and purloin a Postal Money Order, of the value of $165.00, of the goods and property of the United States, in violation of 18 U.S.C. Section 641.

RESPECTFULLY SUBMITTED on May 1, 2006

DEBORAH M. SMITH
Acting United States Attorney

_____
s/ Bryan Schroder
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov