AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

ORIGINAL
RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
|---|---|
| V. | Case Number: 3:06-CR-00044-JDR |
| MOSES ALFRED JOHN | |

Y[...]NED to appear before the United States District Court at the place, date and time
se[...]l Services (907) 271-5494 not less than three (3) business days prior to the
S[...]

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>6/7/2006 at 9:30 a.m. |

To answer a(n)
[] Indictment   [XX] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 641

Brief description of offense:
THEFT OF PUBLIC MONEY - Count 1 & 2

Ida Romack, Clerk of Court                    May 2, 2006 at Anchorage, AK
Signature of Issuing Officer                  Date and Location

by [redacted signature] Deputy Clerk
Name [...] uing Officer

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date  05/17/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: SEE ATTACHED AND REMARKS BELOW.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 05/18/06         redacted signature
             Date

                              redacted signature
                              (by) Deputy United States Marshal
                              POSTAL INSPECTOR

Remarks:
SUMMONS WAS SERVED ON 05/17/06 IN ▮▮▮
TO MOSES JOHN BY ALASKA STATE TROOPER PIXIE SPENCER
IN ▮▮▮          SEE ATTACHED.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:¹ Date 5/17/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: MOSES John

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5/17/06
Date

**REDACTED SIGNATURE**
name of United States Marshal
Trooper ALASKA STATE TROOPERS

(by) Deputy United States Marshal

Remarks:

CASE # 3:06-CR-00044-JDR

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.