M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOSES ALFRED JOHN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0044-JDR<br><br>**UNOPPOSED MOTION FOR DEFENDANT TO APPEAR TELEPHONICALLY AT MISDEMEANOR ARRAIGNMENT**<br>(Filed on Shortened Time) |

　　　　　Defendant, Moses Alfred John, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to proceed with Mr. John's arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance.  This motion is filed on shortened time because Mr. John's arraignment is scheduled for June 7, 2006, at 9:30 a.m.

　　　　　Mr. John resides in Crooked Creek, Alaska.  Travel from Crooked Creek to Anchorage requires at least one overnight stay.  At the current time, Mr. John is indigent and cannot afford to purchase transportation from Crooked Creek to Anchorage.  In order


to conserve economic resources, Mr. John requests that he be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure and is supported by the attached affidavit of counsel. Assistant United States Attorney Bryan D. Schroder is unopposed to this request. Mr. John has been sent a consent to appear telephonically, which will be filed with the court upon its return to the Office of the Federal Public Defender.

DATED this 1st day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden