UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MOSES ALFRED JOHN,<br><br>           Defendant. | Case No. 3:06-cr-0044-JDR<br><br>**PROPOSED<br>ORDER GRANTING TELEPHONIC<br>PARTICIPATION** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's motion for defendant to appear telephonically at his arraignment, the court GRANTS the motion. Mr. John is to call (907) _____ at 9:30 a.m. on June 7, 2006.

       DATED _____, 2006, in Anchorage, Alaska.

 

                                                              _____<br>
                                                                       John D. Roberts<br>
                                                             United States Magistrate Judge