M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOSES ALFRED JOHN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0044-JDR<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA          )
　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT  )

　　　M. J. Haden, being first duly sworn upon oath, deposes and states:

　　　1.　　I am the attorney in the above-captioned case.

　　　2.　　All the representations contained in the attached motion are true and correct to the best of my knowledge.

　　　3.　　On May 30, 2006, I was contacted by Mr. Moses A. John regarding a summons to appear in federal court in Anchorage, Alaska.  Mr. John relayed the following information concerning his location and financial status.

4.  Mr. John stated that he lives in Crooked Creek, Alaska. Mr. John advised that he had no funds to purchase an airline ticket in order to comply with the summons.

5.  Mr. John currently is unemployed. He last worked in February 2005 as a driller assistant for Donlin Creek Mine.

6.  Mr. John is single and has no dependants. He has no checking or savings accounts. He has no cash on hand. He received the Alaska Permanent Dividend Fund last year and owns 121 shares in the Kuskokwin Native Corporation. He received a dividend of $242 this year.

7.  Mr. John owns no real property, nor does he own any motor vehicles.

8.  Mr. John reported his only liability is $250 that he owes to the Crooked Creek Traditional Counsel.

9.  I believe that Mr. John is indigent and cannot afford to pay for an airline ticket to Anchorage to make his court appearance. Mr. John requests that he be allowed to appear telephonically for his arraignment on June 7, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 1st day of June, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Lenora L. Roehling
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

*United States v. Moses Alfred John*
Case No. 3:06-cr-0044-JDR
Affidavit of Counsel – Page 2