UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOSES ALFRED JOHN,<br><br>    Defendant. | Case No. 3:06-cr-00044-JDR<br><br>**ORDER GRANTING TELEPHONIC PARTICIPATION**<br>(Docket No. 5) |

  After due consideration of defendant's motion on shortened time to appear telephonically at his arraignment, the court GRANTS the motion provided the defendant files a written consent to permit his arraignment to occur without his physical appearance in court. F.R.Cr.P. 43(b)(2). Mr. John is to call (907) 677-6231 at 9:30 a.m. on June 7, 2006.

  DATED this 1st day of June, 2006, at Anchorage, Alaska.

            /s/ John D. Roberts
            JOHN D. ROBERTS
            United States Magistrate Judge