Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOSES ALFRED JOHN,<br><br>    Defendant. | NO. 3:06-cr-00044-JDR<br><br>**ENTRY OF APPEARANCE** |

Sue Ellen Tatter, Assistant Federal Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant, MOSES ALFRED JOHN, in the above-captioned action, replacing M.J. Haden, Assistant Federal Defender.

DATED at Anchorage, Alaska this 6th day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on June 6, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Bryan D. Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter