```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  MOSES ALFRED JOHN         CASE NO. 3:06-cr-00044-JDR
Defendant: X Present-Telephonic X On Summons

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         ROBIN M. CARTER

UNITED STATES' ATTORNEY:       BRYAN SCHRODER

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                      PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION HELD 6/7/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:44 a.m. court convened.

X Copy of Information given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights, charges and penalties.

X Federal Public Defender accepted appointment; FPD notified.

X PLEAS: Not guilty to counts 1-2 of the Information

X Bond set at Own Recognizance.

X Pretrial motions due **6/27/06**; meet and confer by **6/13/06.**

X Consent to be filed within  2  weeks or case shall be
   transferred to a U.S. District Judge.  Counsel to indicate in
   advance of due date of intent.

X OTHER: Court and counsel heard re consent to proceed
telephonically.  Defendant to sign and send form back to be filed
with the court.  Defense counsel to mail Order Setting Conditions
of Release and Personal Recognizance Orders to the defendant for
signature and file with the Court once signed.

At 10:02 a.m. court adjourned.


DATE:   June 7, 2006            DEPUTY CLERK'S INITIALS:   rc