Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00044-JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING FINANCIAL AFFIDAVIT** |
| MOSES ALFRED JOHN, | |
| Defendant. | |

The defendant, MOSES ALFRED JOHN, through counsel, hereby files the attached Financial Affidavit.

DATED at Anchorage, Alaska this 12th day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on June 12, 2006,
a copy of the **Notice of Filing
Financial Affidavit** was served
electronically on:

Bryan D. Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter