CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: USA V.S. JOHN
FOR: ALASKA
AT: ANCHORAGE

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): MOSES ALFRED JOHN

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate:
- District Court:
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Theft of Public Money or Property
☐ Felony
☒ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Crooked Creek Traditional Council
- IF YES, how much do you earn per month? $ Only for what I owe 250.00
- IF NO, give month and year of last employment. How much did you earn per month? $ Only what I owe
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
  - RECEIVED: 250.00 / $8-900.00
  - SOURCES: The Kuskokwim Corporation Permanent Fund Dividend

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No   IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: Do Not Apply
  - DESCRIPTION:

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: Self
- List persons you actually support and your relationship to them: Self

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Do Not Apply
- Creditors: 
- Total Debt: $
- Monthly Paymt.: $

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Moses A John