M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOSES ALFRED JOHN,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0044-JDR<br><br>**CONSENT TO PROCEED TELEPHONICALLY** |

　　　　Moses Alfred John, pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure, petitions the court to proceed with all proceedings in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. Defendant consents to the court proceeding without his physical presence and by his telephonic presence alone. Defendant currently resides in Crooked Creek, Alaska.

　　　　　　　　　　　　　　　　　　_/s/ Moses A. John_____
　　　　　　　　　　　　　　　　　　MOSES ALFRED JOHN, Defendant