Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00044-JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE** |
| MOSES ALFRED JOHN, | |
| Defendant. | |

The defendant, MOSES ALFRED JOHN, through counsel, hereby files the attached Consent to Proceed Before Magistrate Judge.

DATED at Anchorage, Alaska this 12th day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on June 12, 2006,
a copy of the **Notice of Filing Consent
to Proceed Before Magistrate Judge**
was served electronically on:

Bryan D. Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter