**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   MOSES ALFRED JOHN

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO.  3:06-CR-00044-(JDR)

 Dan Maus

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: July 21, 2006

**CHAMBERS ORDER SETTING TRIAL AND PRETRIAL CONFERENCE**

The above-captioned case is hereby set on for **trial by jury** on **Monday, August 14, 2006, at 10:00 a.m.,** before John D. Roberts, U.S. Magistrate Judge in a U.S. District Court Courtroom, Federal Building and U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska. Parties will be notified prior to trial as to which courtroom will be used. Jury selection will take place immediately prior to commencement of trial. A final pretrial conference will be held on **August 8, 2006, at 2:30 p.m.**.

**DEFENDANT MUST BE PRESENT** at the pretrial conference, which shall be in court on the record, and shall include arguments on pending motions, voir dire, foreseeable evidentiary issues, foreseeable issues regarding jury instructions, and other matters which may usefully be addressed before the jury is selected.

Counsel's attention is directed to the requirements of D.Ak.LR 39.3, 39.2, 47.1 and 39.5. Counsel will comply with the requirements of the referenced rules in preparation for trial in this case.

The court has available for its use commonly used pattern instructions from West Publishing Company: Devitt, Blackmar, Wolff & O'Malley, Federal Jury Practice and Instructions (4th ed. 1992), and Ninth Circuit Manual of Model Jury Instructions: Criminal (1995), which may be requested by reference to section number. With respect to those form jury instructions requested, hard copies as required by D.Ak.LR 51.1 need not be supplied. All other requested instructions,

including any form instructions which have been modified, shall be supplied in accordance with D.Ak.LR 51.1.

Except as to form instructions so noted, the requested jury instructions shall be numbered consecutively, shall indicate the party presenting them and shall embrace only one subject.  Each request shall contain an adequate citations of authority in support of the instruction.  A chamber copy must be submitted with each separate instruction.  The chamber copy should omit any reference to party, citations of authorities and page numbers.  Requests that do not comply with the terms of this order will not be considered by the court.

Briefs, any proposed _voir dire_ questions and proposed jury instructions shall be served and filed with court by close of business on July 28, 2006.  If a stipulation to a jury of less than twelve persons, pursuant to Federal Criminal Rule 23(b), is to be filed it shall be filed by close of business on August 9, 2006.

In cases where the defendant wishes to change his/her plea, the change of plea proceeding should ordinarily take place prior to or at the time set for the final pretrial conference, in order to avoid inconveniencing members of the jury panel.  Any party wishing to change his/her plea shall timely file a motion for change of plea and complete a **PETITION TO ENTER PLEA OF GUILTY**.  In addition to filing the motion counsel shall notify the deputy clerk at (907) 677-6123 so arrangements can be made for a change of plea hearing.