Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>MOSES ALFRED JOHN,<br><br>      Defendant. | NO. 3:06-cr-00044-JDR<br><br>**MOTION TO CONTINUE TRIAL FOR EIGHT WEEKS** |

The defendant, Moses Alfred John, through counsel, hereby requests a continuance of the trial in this case, currently scheduled for August 14, 2006, for approximately eight weeks, under 18 U. S. C. § 3161(h)(8)(A) and (B)(iv).

The reasons for the request are contained in the attached affidavit.

DATED at Anchorage, Alaska this 1st day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on August 1, 2006,
a copy of the **Motion to Continue
Trial for Eight Weeks** and the **Proposed
Order** were served electronically on:

Bryan D. Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter</u>