UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00044-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER RESCHEDULING TRIAL** |
| MOSES ALFRED JOHN, | |
| Defendant. | |

After due consideration of the Defendant's Unopposed Motion to Continue Trial for Eight Weeks, the motion is GRANTED.

IT IS HEREBY ORDERED that the trial in this matter is continued from August 14, 2006, to _____, 2006, at _____ \_\_\_.m. The final pretrial conference is continued from August 8, 2006, to _____, 2006, at _____ \_\_\_.m.

DATED this \_\_\_\_\_ day of August 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE