DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOSES ALFRED JOHN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-00044-JDR<br><br>**GOVERNMENT'S MOTION TO DISMISS THE INFORMATION AGAINST DEFENDANT MOSES JOHN** |

COMES NOW the United States of America, by and through counsel, and moves under Federal Rule of Civil Procedure 48(a) to dismiss the information against defendant Moses John without prejudice.

RESPECTFULLY SUBMITTED this 8th day of August, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Tel.: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: bryan.schroder@usdoj.gov
>WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006,
a copy of the foregoing **Motion to Dismiss the Indictment Against Defendant Moses John,**
was served, via Electronic Filing, on:

**Sue Ellen Tatter**

s/Bryan Schroder