DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00044-JDR |
| ) | |
| Plaintiff, ) | **ORDER TO DISMISS** |
| ) | |
| vs. ) | |
| ) | |
| MOSES ALFRED JOHN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Having considered the Motion filed by the United States for dismissal of the

Information against MOSES ALFRED JOHN, said Information being previously

filed on May 1 2006, it is hereby ordered that pursuant to Rule 48(a) of the Fed. R.

Crim. P., the Information in this case is DISMISSED.

  IT IS SO ORDERED.

  DATED this ____ day of August, 2006, at Anchorage, Alaska.

        _____
        UNITED STATES DISTRICT COURT JUDGE