UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )   Case No. 3:06-CR-00044-JDR
v.                                  )
                                    )
MOSES ALFRED JOHN,                  )
                                    )
        Defendant.                  )
_____)

## JUDGMENT OF DISCHARGE

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__  The court has granted the motion of the government for dismissal without prejudice of the offenses of Theft of Public Money or Property as charged in count 1 & 2 of the Information.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

    **DATED** at Anchorage, Alaska, this 9th day of August 2006.

                                REDACTED SIGNATURE
                                _____
                                JOHN D. ROBERTS
                                United States Magistrate Judge

[JudgmentDischarge.frm]{DISCHARG.WPD*Rev.07/03}